UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CASARES-ALVARADO,<br><br>Plaintiff<br><br>v.<br><br>RANDY L. TEWS, et al.,<br><br>Defendants. | Case No. EDCV 15-00093-JFW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint and all pleadings, motions, and other documents filed in this action, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objections to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those portions of the Report to which objections have been stated.

The Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that: (1) the Second Amended Complaint is dismissed without leave to amend; and (2) Judgment shall be entered dismissing this action.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATE: October 19, 2015

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE