# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS CASARES-ALVARADO,<br><br>    Plaintiff<br><br>    v.<br><br>RANDY L. TEWS, et al.,<br><br>    Defendants. | Case No. EDCV 15-00093-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed.

DATE: October 19, 2015            _____
                                  JOHN F. WALTER
                                  UNITED STATES DISTRICT JUDGE